**Order entered August 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01424-CV

**ORIENTAL BUILDING SERVICES, INC., Appellant**

**V.**

**RENE LEDUC, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-05687**

## ORDER

We **GRANT** appellant's August 22, 2013 unopposed motion for an extension of time to

file a reply brief.  Appellant shall file its reply brief on or before September 18, 2013.


/s/      DAVID LEWIS
JUSTICE